CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 21 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

OWAIIAN M. JONES,

    Plaintiff,

v.

VIRGINIA DEPARTMENT
OF CORRECTONS, et al.,
    Defendant(s).

Civil Action No. 7:14-cv-00541

**DISMISSAL ORDER**

By:   Michael F. Urbanski
United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 21st day of Octoberr, 2014

/s/ Michael F. Urbanski
United States District Judge